UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN


JANETTE BERNARD
          Plaintiff

v.                       Civil Action Number
                       1:09CV97-J

MICHAEL ASTRUE, Commissioner
 of Social Security,
          Defendant


## MEMORANDUM OPINION

   This case presents plaintiff's challenge to the Commissioner's decision denying her claim to benefits. The matter is before the Court on plaintiff's objections to the report and recommendation of the United States Magistrate Judge. After conducting a de novo review of those matters that are the subject of specific written objection, the Court is of the opinion that the Recommendation of the United States Magistrate Judge should be accepted and the decision of the Commissioner should be affirmed.

   Plaintiff objects that the ALJ failed to follow the orders of the District Court that her back impairment be treated as severe. As the Magistrate Judge points out, this is a mischaracterization of the remand order. The District Court previously remanded plaintiff's claim for further proceedings, *not* because the ALJ found Ms. Bernard's back impairment "non-severe," but because he failed to consider in any way the effects of that back impairment. On remand, the ALJ received additional evidence and held a second hearing. Thereafter, the ALJ

1

did not label the back impairment either "severe" or "non-severe," but did comply with this Court's directive by considering any restrictions the back impairment might impose on her ability to perform work activities.

Plaintiff also objects to the Magistrate Judge's determination that substantial evidence supported the ALJ's finding that Ms. Bernard could perform medium level work. The ALJ also found that she could return to her work as a sewing machine operator. The Court is in full agreement with the Magistrate Judge's analysis of the evidence on this point and agrees that the ALJ did not err.

An order in conformity has this day entered.